# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                           **PLAINTIFF**

**v.**                    **No. 4:19-cr-82-DPM**

**KIERRE BATES**                                             **DEFENDANT**

### ORDER

Motion, *Doc. 42*, granted. The Indictment in this case is dismissed without prejudice.

So Ordered.

*/s/ D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

15 April 2021